650

F. C. Bryant, Administrator of Estate of Merle Bryant, Deceased, Appellee, v. Donald Taylor and William C. Taylor, Copartners, Trading as William Taylor Drilling Company, Appellants.

opinion filed March 2, 1942. Pope & Driemeyer, for appellants; Ward P. Holt and John B. Kramer, for appellee. Opinion by JUSTICE CULBERTSON. "Not to be published in full."

John Dowson, Appellant, v. Walter Smith, Appellee.

opinion filed March 2, 1942. Ward P. Holt and John B. Kramer, for appellant; Wham & Wham, for appellee; Charles Wham and George V. Kemp, of counsel. Opinion by JUSTICE CULBERTSON. "Not to be published in full."